IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:15-CR-41-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | **REASSIGNMENT ORDER** |
| BRYANT FIGUEROA, | ) ) ) | |
| Defendant. | ) | |

At the direction of the court and for the continued efficient administration of justice, the above-captioned case is hereby reassigned to the Honorable Louise W. Flanagan, United States District Judge, to conduct all further proceedings in this matter. **All future pleadings should reflect the revised case number of 4:15-CR-41-FL.**

Signed this 4th day of June 2015.

_____
Julie Richards Johnston, Clerk of Court