UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Bryant Figueroa**                              **Docket No. 4:15-CR-41-1FL**

## Petition for Action on Supervised Release

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Bryant Figueroa, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute More than 100 Grams of Heroin, in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(B), was sentenced by the Honorable Terrence W. Boyle, on behalf of the Honorable Louise W. Flanagan, U.S. District Judge, on October 22, 2015, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Bryant Figueroa was released from custody on November 21, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant admitted to cocaine use on November 26, 2018, and he signed an admission of drug use statement advising he consumed cocaine on November 24, 2018. A urine sample was obtained, and the results were confirmed positive for cocaine on December 1, 2018. The defendant received a verbal reprimand for his drug use and was counseled about his actions. In response to his drug use, we recommend the defendant be required to participate in substance abuse treatment and undergo increased drug testing. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1.  The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                        I declare under penalty of perjury that the foregoing
                                              is true and correct.


/s/ Dwayne K. Benfield                        /s/ Taron N. Seburn
Dwayne K. Benfield                            Taron N. Seburn
Supervising U.S. Probation Officer            U.S. Probation Officer
                                              201 South Evans Street, Rm 214
                                              Greenville, NC 27858-1137
                                              Phone: 252-830-2335
                                              Executed On: December 3, 2018

## ORDER OF THE COURT

Considered and ordered this   10th   day of   December  , 2018, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge