UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Bryant Figueroa**                        **Docket No. 4:15-CR-41-1FL**

**Petition for Action on Supervised Release**

COMES NOW Peter J. Yalango, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Bryant Figueroa, who, upon an earlier plea of guilty to 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(B), Conspiracy to Distribute and Possess with Intent to Distribute More Than 100 Grams of Heroin, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on October 22, 2015, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Bryant Figueroa was released from custody on November 21, 2018, at which time the term of supervised release commenced.

A Petition for Action on Supervised Release was submitted to Your Honor on December 3, 2018, stating that the defendant submitted a urinalysis sample on December 1, 2018, which tested positive for cocaine. The defendant was verbally reprimanded and it was recommended that the defendant's conditions of supervision be modified to include the following condition: the defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility. Your Honor agreed with this recommendation and the defendant's conditions of supervised release were modified to include this condition on Decmber 10, 2018.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant attended a substance abuse assessment at Integrated Behavioral Healthcare Services on December 7, 2018, and it was recommended by the counselor that the defendant also receive a mental health assessment and psychiatric assessment. The defendant agreed with this recommendation and requested mental health services.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

**Bryant Figueroa**
**Docket No. 4:15-CR-41-1FL**
**Petition For Action**
**Page 2**

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Eddie J. Smith | /s/ Peter J. Yalango |
| Eddie J. Smith | Peter J. Yalango |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 150 Rowan Street Suite 110 |
| | Fayetteville, NC 28301 |
| | Phone: 910-354-2546 |
| | Executed On: January 10, 2019 |

## ORDER OF THE COURT

Considered and ordered this ___14th___ day of _____January_____, 2019, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge