UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No.: 4:15-CR-41-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | **ORDER** |
| ) | |
| BRYANT FIGUEROA ) | |
| Defendant. ) | |

This matter is before the Court on a joint motion to seal by the Government and Defendant. For good cause shown the motion is GRANTED.

It is hereby ORDERED that the motion to seal, motion to continue supervised release revocation hearing and all orders thereto be filed under seal.

This the  18th  day of  January , 2020.

_____
HONORABLE LOUISE W. FLANAGAN
UNITED STATES DISTRICT COURT JUDGE